IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**OLENDER CONSTRUCTION COMPANY, INC.**,

    Plaintiff,

vs.                                CASE NO. 1:07CV92-AK

**DAVIS AND SONS CONSTRUCTION COMPANY**,

    Defendant.

_____/

## ORDER OF DISMISSAL

Plaintiff has wholly failed to prosecute this case resulting in a second motion to dismiss and for sanctions based on plaintiff's failure to participate in discovery and to comply with court orders directing the payment of sanctions. (Docs. 47 and 48). Consequently, the Court finds that Defendant's Motions (docs. 47 and 48) should be **GRANTED**, and this cause **DISMISSED** for failure to prosecute. The Clerk is directed to enter Final Judgment in favor of Defendant to include an award of sanctions in the amount of $3882.50 and all costs as provided by law.

**DONE AND ORDERED** this __28th__ day of February, 2008.

                                            *s/ A. KORNBLUM*
                                            **ALLAN KORNBLUM**
                                            **UNITED STATES MAGISTRATE JUDGE**