# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**OLENDER CONSTRUCTION CO.,**

    **Plaintiff,**

**vs.**                               **CASE NO. 1:07CV92-AK**

**DAVIS AND SONS CONSTRUCTION
COMPANY, LLC,**

    **Defendant.**

_____/

## ORDER AWARDING ATTORNEYS' FEES AND COSTS

    This cause comes before the Court on the Defendant's Statement of Claim and Affidavit of Attorney Fees.  (Docs. 60 and 61).  Having previously granted an award of fees, the Court herein summarizes the fees and costs as follows:

    1.    Attorney David Worthy: 62.90 hours at $250.00 and 5.10 hours at $310.00 per hour

    2.    Attorney Michael Blakey: 75.90 hours at $225.00 per hour and 45.00 hours at $275.00 per hour

    3.    Attorney T. J. Frasier: 3.0  hours at $250.00 per hour

    4.    Attorney John D. Campo: 1.60 hours at $225.00 per hour

5.      Paralegals: .75 hour at $90.00 per hour

6.      Law clerks: 5.70 hours at $75.00 per hour

7.      Expenses: copying costs ($186.66) and expert fees ($840.75)

Although Plaintiff has not filed any objections, the Court's independent review of the requested attorney fee award confirms that the hours claimed were reasonably expended and the hourly rates charged are consistent with the prevailing market rate in the area charged by lawyers of similar skills for similar services.

Accordingly, it is

**ORDERED AND ADJUDGED**:

1.      The clerk shall enter judgment stating that Defendant shall recover from Plaintiff  the sum of $49,390.91, which consists of $48,363.50 for attorneys' fees and $1,027.41 for costs.  This award is over and above the judgment on the merits previously entered in this action.

**DONE and ORDERED** this  _7th_ day October, 2008.


                         *s/ A. KORNBLUM*
                         **ALLAN KORNBLUM**
                         **UNITED STATE MAGISTRATE JUDGE**